A. E. Funk, Attorney General, and Zeb A. Stewart, Assistant Attorney General, for commonwealth.

PER CURIAM.

Motion for appeal overruled. Judgment affirmed.

**Doyle COUCH, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.

December 6, 1949.

Isaac Turner for movant.

A. E. Funk, Attorney General, and H. D. Reed, Jr., Assistant Attorney General, opposed.

PER CURIAM.

Motion for appeal overruled. Judgment affirmed.

**Terry BISHOP v. E. T. JONES.**

Court of Appeals of Kentucky.

December 9, 1949.

John E. Richardson for appellant.

Herry L. Hatchett for appellee.

PER CURIAM.

Judgment for $240 for real estate commissions appeal denied.